680 A.2d 873

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Calvin WASHINGTON, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 7, 1996.

John W. Packel, L. Roy Zipris, Philadelphia, for Petitioner.

## ORDER

PER CURIAM.

AND NOW, this 7th day of August, 1996, the Petition for Allowance of Appeal is GRANTED limited to the issue of whether competency hearings respecting child witnesses should be conducted in the presence of the jury.